# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

SPRINT/UNITED MANAGEMENT CO.,

      **Plaintiff,**

v.                                            Cause No. 04-2476-KHV

RWT TOUTRS, INC., et al.

      **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

**NOW** on this ___11th___ day of ___August___, 2005, the above captioned parties appear before the Court through their attorneys of record.

It is in open Court represented and stated that the above-captioned matter has been disposed of by settlement and compromise between the parties hereto and agreed by the parties hereto that same should be dismissed with prejudice to any future action, each party to bear their own costs and attorneys fees.

**IT IS THEREFORE BY THE COURT CONSIDERED, ORDERED, ADJUDGED AND DECREED** that the above-entitled cause be and the same is hereby dismissed with prejudice to any future action, with each party to bear their own costs and attorneys fees.

**IT IS SO ORDERED.**

                                                    s/ Kathryn H. Vratil
                                                    DISTRICT COURT JUDGE

Approved by:

COUCH, PIERCE, KING &
HOFFMEISTER, CHARTERED

_____
W. ROBERT KING          #13155
MICHAEL W. WHARTON      #16228
10975 Benson Drive, Suite 370
Overland Park, Kansas 66210-2120
Telephone: (913) 451-8430
Facsimile: (913) 451-8531
email: cpkh@swbell.net
**ATTORNEYS FOR DEFENDANTS**


Hyland Law Firm LLC

_____
Charles J. Hyland        #14613
9101 W. 110th Street, Suite 220
Overland Park, KS 66210
Telephone:
Facsimile:
email: cjh@hlflle.com
**ATTORNEY FOR PLAINTIFF**